UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GUILLERMINA NAVARRET,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV 14-09816-JFW (VBK)<br><br>ORDER TO SHOW CAUSE |

    On January 6, 2015, the Court issued a Case Management Order requiring Plaintiff to file a Proof of Service of the Summons and Complaint within 28 days after the filing of the Complaint. The Complaint was filed on December 23, 2014; therefore, Plaintiff's Proof of Service was due by January 20, 2015. Plaintiff filed to file a timely Proof of Service.

    On February 2, 2015, the Court issued a Minute Order ordering Plaintiff to file a Proof of Service within 14 days of the date of the Minute Order. Plaintiff was advised that failure to comply with the Court's Order would result in a recommendation of dismissal.

    As of the date of this Order to Show Cause, Plaintiff has failed

to file a Proof of Service.

The Court **HEREBY** sets an **Order to Show Cause Hearing** for Tuesday, March 17, 2015 at 11:00 a.m. in Courtroom 590 of the Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012. Plaintiff's counsel, Vijay Jagdish Patel, of the Law Offices of Lawrence D. Rohlfing, is ordered to show cause why counsel has failed to comply with the Court's January 6, 2015 and February 2, 2015 Orders requiring Plaintiff to file a Proof of Service. Plaintiff's counsel may submit a Declaration along with a Proof of Service to the Court no later than five (5) days prior to the hearing, with a courtesy copy delivered to chambers by the same deadline, and the Court will thereafter issue a Minute Order taking the hearing off calendar.

The Court admonishes Plaintiff's counsel that failure to file a Declaration responsive to this Order to Show Cause will be deemed by the Court as another violation of the Court's Orders and as further evidence of Plaintiff's lack of prosecution and will result in a recommendation to the District Judge that the action be dismissed on those grounds. See Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, rehearing denied, 371 U.S. 873 (1952); Fed.R.Civ.P. 41(b).

DATED: February 23, 2015                 /s/
                                         VICTOR B. KENTON
                                         UNITED STATES MAGISTRATE JUDGE